**IN THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**Jesse Wall, Plaintiff**
v.
**Aaron S. Beck, Defendant**

**Case No.: [To be assigned]**

Case: 1:26-cv-00100 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/13/2026
Description: Pro Se Gen. Civ. (F-DECK)

**COMPLAINT FOR DAMAGES**

**Jesse Wall**, by and through undersigned counsel (or pro se if representing self), brings this Complaint against **Aaron S. Beck**, and alleges as follows:

# I. PARTIES

1. Plaintiff **Jesse Wall** is an individual of diplomatic standing under **22 U.S.C. §§ 254(b)** and is a citizen of the United States. Plaintiff claims permanent recognition and assignment under Articles 2 and 15 of the **Universal Declaration of Human Rights (UDHR).**
2. Defendant **Aaron S. Beck** is an individual and landlord doing business in the District of Columbia, responsible for leasing residential units.

# II. JURISDICTION AND VENUE

3. This Court has **diversity jurisdiction** because Plaintiff is a U.S. citizen and Defendant is a resident of D.C., and the amount in controversy exceeds **$75,000**, here claimed at **$1,000,000.00**.
4. This Court has **supplemental jurisdiction** under **28 U.S.C. § 1367** for claims arising from the same nucleus of operative facts.
5. This Court has **federal question jurisdiction** under **28 U.S.C. § 1331**, as this case involves civil rights violations relating to housing under federal law, including the use of discriminatory criteria in rental decisions. **FHA 42 U.S.C. § 3604 and 42 U.S.C. § 1982**
6. Venue is proper in the District of Columbia pursuant to local court rules, as the alleged acts occurred in D.C.

# III. FACTUAL ALLEGATIONS



**RECEIVED**

JAN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

7. Plaintiff applied to rent property managed by Defendant, who initially offered a lease but subsequently rescinded based on false, inaccurate, and discriminatory information.
8. Defendant **refused to rent** to Plaintiff based on:
   a. Protected characteristics including **race, national origin, age, gender, survivor status of sexual assault, source of income (housing voucher), and relation to civil rights figures** such as Martin Luther King Jr. and Rosa Parks, plaintiffs cousins. As seen on Facebook content which he used to deny rental. See adverse actions statement referral to facebook content where it shows familial relations to protected classes.
   b. **Incorrect or misleading public information**, including Plaintiff's Facebook content, which Defendant used **out of context**, illegal leasing screening practice.
   c. **Faulty credit information**, where Experian did not have enough information to generate a credit score, while Equifax and TransUnion both reported **good credit, no derogatory accounts, no late payments.**
   d. Rental history fabricated or misrepresented by prior landlords, including **Flats 130/140 LLC**, with no evidence of late payments or evictions. Any process was voluntary dismissal by Flats 130/140 LLC for their wrong assertions. 08/08/2024.  2023 LTB 010170 DCSC
9. Plaintiff has experienced **discrimination in housing**, **humiliation**, **mental anguish**, and **increased anxiety** due to Defendant's actions.
10. Public records and prior court proceedings (DCSC, voluntary dismissal, and voucher reinstatements by Winston & Strawn LLP and DCHA Ombudsman Wayne Waller) confirm Plaintiff's eligibility to rent without issue, yet Defendant ignored these verifications.
11. Defendant improperly relied on irrelevant personal and family associations, public social media content, and prior dismissed cases to justify denial of rental, **violating civil rights protections in housing.**

---

## IV. CLAIMS FOR RELIEF

**Count 1: Discrimination in Housing (Civil Rights Violation)**
12. Plaintiff incorporates all preceding paragraphs.
13. Defendant's refusal to rent based on protected characteristics violates D.C. anti-discrimination law and federal civil rights protections.
14. Defendant's use of irrelevant personal, familial, and social media information constitutes unlawful discrimination under **42 U.S.C. §§ 1981, 3604**, and D.C. Human Rights Act.

**Count 2: Violation of Fair Credit Reporting & Landlord Obligations**
15. Defendant relied on inaccurate, incomplete, and misleading credit and rental information.
16. Defendant's actions violated Plaintiff's right to be evaluated for rental eligibility based only on **accurate, verified, and lawful criteria.**

**Count 3: Intentional Infliction of Emotional Distress / Mental Anguish**
17. Defendant's discriminatory conduct caused Plaintiff severe **humiliation, anxiety, mental anguish, and suffering**, and was **willful and deliberate.**

**Count 4: Supplemental and Federal Jurisdiction Claims**
18. Plaintiff asserts federal question jurisdiction under **28 U.S.C. § 1331** for civil rights violations, including use of protected class information and unlawful discrimination.
19. Supplemental claims under **28 U.S.C. § 1367** arise from the same series of events, including state tort claims related to **emotional distress and damage to reputation.**

---

## V. DAMAGES

20. As a direct and proximate result of Defendant's actions, Plaintiff has suffered:
- Denial of housing and homelessness;
- Civil rights violations;
- Emotional distress, anxiety, and mental suffering;
- Humiliation and reputational harm;
- Other economic and non-economic damages as determined by the Court.
21. Plaintiff seeks **no less than $1,000,000.00** in compensatory damages, as D.C. law does not cap damages for discriminatory practices.

---

## VI. PRAYER FOR RELIEF

Plaintiff requests that this Court:

1. Award **compensatory damages** of no less than $1,000,000.00;
2. Award **any additional relief** the Court deems proper, including equitable relief;
3. Grant costs of suit and attorney's fees as allowed by law;
4. Issue any further orders to prevent Defendant from repeating discriminatory practices in housing.

---

## VII. JURY DEMAND

Plaintiff demands a **trial by jury** on all issues so triable.

---

**Respectfully submitted,**

**Jesse Wall, Plaintiff**

2401 Virginia Ave NW Washington DC 20037 PO BOX 58097 Washington DC 20037 2512 Virginia Ave NW Ste 58097 Washington DC 20037

360 773 7696
drjwall.dc@gmail.com
Date: January 12, 2026